**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF ALABAMA**
**SOUTHERN DIVISION**

| | | |
|---|---|---|
| **IN RE: TAX RETURNS AND RETURN INFORMATION** | * * | **MJ NO.** 22-167-N |
| | * | |
| **GRAND JURY INVESTIGATION** | * * | **FILED *EX PARTE* AND UNDER SEAL** |

**UNITED STATES' APPLICATION FOR *EX PARTE* ORDER TO DISCLOSE ALABAMA STATE RETURNS AND RETURN INFORMATION**

Case 1:22-mj-00067-N *SEALED* Doc# 1-1 Filed 10/03/22 Page 27 of 8 PageID# 27

[Page redacted]

6

Case 1:22-mj-00107-N *SEALED* Doc# 1-1 Filed 11/08/22 Page 7 of 8 PageID# 29

Respectfully submitted,

SEAN P. COSTELLO
UNITED STATES ATTORNEY
By:

*/s/Luis F. Peral*
Luis F. Peral
Assistant United States Attorney
United States Attorney's Office
63 South Royal Street, Suite 600
Mobile, AL 36602
Phone: (251) 441-5845